Anton JOHNSON, Petitioner–Appellant,

v.

Charles RATLEDGE, Warden,
Respondent–Appellee.

No. 15–7731.

United States Court of Appeals,
Fourth Circuit.

Submitted: April 19, 2016.

Decided: April 21, 2016.

Anton Johnson, Appellant Pro Se.

Before AGEE, DIAZ, and THACKER,
Circuit Judges.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Anton Johnson, a District of Columbia
Code offender civilly committed under the
Adam Walsh Child Protection and Safety
Act, 18 U.S.C. § 4248 (2012), appeals the
district court's order denying relief on his
28 U.S.C. § 2241 (2012) petition. We have
reviewed the record and find no reversible
error. Accordingly, although we grant
leave to proceed in forma pauperis, we
affirm for the reasons stated by the dis-
trict court. *Johnson v. Ratledge,* No.
5:14–hc–02250–BO (E.D.N.C. filed Oct. 19,
2015; entered Oct. 20, 2015). Johnson's
motion for appointment of counsel is de-
nied. We dispense with oral argument
because the facts and legal contentions are
adequately presented in the materials be-
fore this court and argument would not aid
the decisional process.

*AFFIRMED.*